IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALLSCRIPTS HEALTHCARE SOLUTIONS, INC. and BECKMAN COULTER, INC., <br><br> Defendants. | Case No. 3:22-cv-00382-BLW <br><br> **ORDER GRANTING MOTION TO PARTIALLY LIFT STAY** |

Plaintiff Gritman Medical Center, Inc. brought this action against Defendant Allscripts Healthcare Solutions, Inc. and Defendant Beckman Coulter, Inc. On October 4, 2023, the Court granted Beckman's Rule 12(b) motion and dismissed all of Gritman's claims against Beckman. Dkt. 36. Although the Court authorized Gritman to file an amended complaint within thirty days of the dismissal Order, Gritman chose not to do so.

Later, in February 2024, Gritman and Allscripts moved to stay this lawsuit "pending resolution of two (2) related cases currently proceeding in Idaho State Court." Dkt. 38. The Court granted that motion and "stay[ed] proceedings in this case for 150 days," giving the parties the option to seek further extensions of the stay, if necessary. Dkt. 41. This action remains stayed pursuant to that Order.

**ORDER GRANTING MOTION TO PARTIALLY LIFT STAY - 1**

Beckman now wishes to seek entry of partial final judgment under Rule 54(b) as to Gritman's claims against it. However, the existing stay prevents it from doing so. Beckman therefore asks the Court to partially lift the stay for the limited purpose of allowing it to seek entry of partial final judgment. Neither Gritman nor Allscripts has opposed Beckman's modest request, and the Court believes that partially lifting the stay is justified under the circumstances.

**IT IS THEREFORE ORDERED that** Defendant Beckman Coulter, Inc.'s Motion to Partially Lift Litigation Stay (Dkt. 44) is **GRANTED**. The stay of proceedings entered by this Court (Dkt. 41) is **PARTIALLY LIFTED** for the limited purpose of allowing Defendant Beckman Coulter, Inc. to seek entry of partial final judgment.

DATED: August 7, 2024

_____
B. Lynn Winmill
U.S. District Court Judge